**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Beenie  Deweese v. Ocwen Loan Servicing L.L.C. and Mortgage
Electronic Registration Systems, Inc. (MERS) as Nominee for Federal
Home Loan Mortgage

Appellate case number:        01-13-00861-CV

Trial court case number:        2011-35077

Trial court:                55th District Court of Harris County

On January 28, 2014, Bennie Deweese filed Appellant's Motion to File Late Opening Brief, as well as appellant's brief.  The brief was rejected by the clerk's office for failure to comply with TEX. R. APP. P. 9, but was refiled and accepted on January 29, 2014.

The motion is **GRANTED** and the brief is considered timely filed as of January 29, 2014.  Appellee's brief, if any, is due 30 days from that date.  *See* TEX. R. APP. P. 38.6(b).

The filing fee has not been paid for this appeal, nor has the reporter's record been filed. We are in receipt of a court reporter's information sheet from Gina Wilburn filed October 28, 2013, indicating that she and Marijane Stromberg were the court reporters for this case in the trial court, but that no record has been requested or paid for by appellant.  Accordingly, appellant is hereby notified we may consider and decide only those issues or points that do not require a reporter's record.  *See* TEX. R. APP. P. 37.3(c).

If the filing fee is not paid within 20 days of the date of this notice, this appeal may be dismissed for failure to pay fees.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                        X  Acting individually        ☐  Acting for the Court


Date:  January 30, 2014